# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Deutsche Bank National Trust Company,** as Trustee for Long Beach Mortgage Loan Trust 2006-2 | : : : : | **Case No. 1:06-cv-2841** **District Judge Ann Aldrich** |
| **Plaintiff** | : : | |
| vs. | : : | **ORDER DISMISSING DEFENDANTS** |
| **Sean D. Kennerly, et al.** | : : | |
| **Defendants.** | : | |

## ORDER DISMISSING DEFENDANTS

This matter is before the Court on Plaintiff's Motion to Dismiss the following Defendants:

> Unknown Spouse, if any, of
> Sean D. Kennerly
> 3386 West 135th Street
> Cleveland, OH  44111
>
> Unknown Tenants, if any, of
> 3276 Van Aken Boulevard
> Shaker Heights, OH  44120

For good cause shown, the Court hereby dismisses said Defendants from this action.

**IT IS SO ORDERED.**

                                                          s/Ann Aldrich
                                                         Judge Ann Aldrich

Dated:  January 3, 2007